USDC SCAN INDEX SHEET










```
AXR     9/30/04    13:14
3:04-CR-01070   USA V. FITZGERALD
*26*
*CRMO.*
```



**Minutes of the United States District Court**
**Southern District of California**
**Thursday, September 30, 2004**

2004CR01070-W

**For the Honorable:   Larry Alan Burns   District Judge**

Deputy Clerk:   T. Washam   Court Reporter/ECR:   Eva Oemick

**On Calendar:**

2004CR01070-W

| USA vs. | Lang | Booking # | |
|---|---|---|---|
| (1)STANLEY FITZGERALD (R)<br>MTD: 10-30-2004 | ENG | | (1) Robert M. Sanger RET<br>805 963-4887<br>(1) Alan L. Zegas RET<br>973 701-7080 |
| (2)DONNA FITZGERALD (R)<br>MTD: 12-10-2004 | ENG | | (2) Inge Brauer RET<br>619 238-1031<br>(2) Blair R. Zwillman RET<br>732 855-6150 |
| (3)JOSEPHINE FITZGERALD (R)<br>MTD: 10-30-2004 | ENG | | (3) Louis C. Esposito RET<br>973 857-5104<br>(3) Roseline Dergregorian Feral RET<br>619 232-1010<br>Melanie K. Pierson AUSA<br>619 557-7455 |

**DISPOSITION HRG (1-3)**

Minutes:

Printed:   09/30/2004  11:28 am

Page 1 of 2



**Minutes of the United States District Court**
**Southern District of California**
**Thursday, September 30, 2004**

2004CR01070-W

**For the Honorable:**  **Larry Alan Burns   District Judge**
**Deputy Clerk:**  T. Washam  **Court Reporter/ECR:**  Eva Oemick

On Calendar:  2004CR01070-W

ATTY: ROBERT SANGER - N/A
ATTY: INGE BRAUER - N/A
ATTY: ROSELINE FERAL - N/A

DFT STANLEY FITZGERALD - CALLED/SWORN/TESTIFIED
FILED PLEA AGREEMENT
ADDEMDUM TO PLEA AGREEMENT FILED UNDER SEAL
CHANGE OF PLEA TO GUILTY TO COUNT 1 OF THE INDICTMENT
REFERRED TO PROBATION FOR PRESENTENCE REPORT
PO REPORT AND SENT HRG SET FOR  1/10/05 @ 9:00 BEFORE JUDGE WHELAN

DFT DONNA FITZGERALD - CALLED/SWORN/TESTIFIED
FILED PLEA AGREEMENT
ADDENDUM TO PLEA AGREEMENT FILED UNDERL SEAL
FILED WAIVER OF INDICTMENT
FILED S/S INFORMATION
DEFT ARRAIGNED AND PLEAD GUILTY TO COUNT 1 OF THE S/S INFORMATION
REFERRED TO PROBATION FOR PRESENTENCE REPORT
PO REPORT AND SENT HRG SET FOR 1/10/05 @ 9:00 BEFORE JUDGE WHELAN
ALL PENDING MOTIONS - WITHDRAWN

DFT JOSEPHINE FITZGERALD - CALLED/SWORN/TESTIFIED
FILED PLEA AGREEMENT
ADDENDUM TO PLEA AGREEMENT FILED UNDER SEAL
FILED WAIVER OF INDICTMENT
FILED S/S INFORMATION
DEFT ARRAIGNED AND PLEAD GUILTY TO COUNT 1 OF THE S/S INFORMATION
REFERRED TO PROBATION FOR PRESENTENCE REPORT
PO REPORT AND SENT HRG SET FOR 1/10/05 @ 9:00 BEFORE JUDGE WHELAN