USDC SCAN INDEX SHEET

















```
HBH    12/20/05    12:35
3:04-CR-01070   USA V. FITZGERALD
*58*
*CRMO.*
```



**Minutes of the United States District Court**
**Southern District of California**
**Monday, December 19, 2005**

2004CR01070-W

**For the Honorable:   Thomas J. Whelan   District Judge**
**Deputy Clerk:   Corey Tremble   Court Reporter/ECR:   Melissa Pierson**

On Calendar:

2004CR01070-W

USA vs.
  (1) STANLEY  FITZGERALD (R)
    P CT 1

Lang Booking #
ENG 26312050   (1) Robert M. Sanger  RET
                 805 963-4887
               (1) Alan L. Zegas  RET
                 973 701-7080
               Melanie K. Pierson  AUSA
                 619 557-5610

PO REPORT AND SENTENCING  (1)

Minutes:
SENTENCING

**CUSTODY OF THE BUREAU OF PRISONS 8 MONTHS.**
**SUPERVISED RELEASE 3 YEARS**
**$100.00 PENALTY ASSESSMENT**
**FINE $3,000.00**
**RESTITUTION $79,545.37.**
**UNDERLYING INDICTMENT ORDERED DISMISSED.**
**SENTENCE STAYED PENDING DEFENDANT'S SURRENDER TO DESIGNATED INSTITUTION**
**OR USM BY NOON ON 1/27/06.**
**APPEAL WAIVED.**

58  HBH

Printed:   12/19/2005  10:57 am

Page 1 of 1