# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff<br><br>　　vs.<br><br>Stanley Fitzgerald<br>Donna Fitzgerald<br>Josephine Fitzgerald,<br><br>　　　　　　　Defendants | Case # 04CR1070<br><br>Order on Funds Eligible for Transfer to Unclaimed Funds or Forfeitures of Unclaimed Money & Property Fund |

AND NOW, this 24TH day of OCTOBER, 2013, on reading and filing the certificate of the Clerk of this Court and in pursuance of §820.60.25, §1020.30.10 and §1020.30.20 in the Guide to Judiciary Policy, it is,

ORDERED that the Clerk transfer from the deposit fund of the Court the sum of THREE HUNDRED TWENTY SEVEN DOLLARS AND ZERO CENTS ($327.00), being the total shown below remaining in the deposit fund unclaimed by the persons entitled thereto along with any future payments received, and pay the same to the Treasurer of the United States.

| Payee | Amount |
|---|---|
| Rachel Parks | $327.00 |

_____
Hon. Thomas J. Whelan
U.S. District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Funds Eligible for Transfer to Unclaimed Funds or Forfeitures of Unclaimed Money & Property Fund | CERTIFICATE |
|---|---|

     I, W. SAMUEL HAMRICK, JR., Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached order contains a statement of monies being held by the court in the deposit fund for this case. The right to withdraw the monies has been adjudicated or is not in dispute. In pursuance of §820.60.25, §1020.30.10 and §1020.30.20 in the Guide to Judiciary Policy, such monies have remained deposited for at least one year unclaimed by the person(s) entitled thereto, and are eligible for transfer to unclaimed funds or to the forfeitures of unclaimed money and property fund.

10/21/13
Date

W. Samuel Hamrick, Jr.
Clerk of Court